UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-24714-CIV-MORENO

DESIREE TELFORT, individually and on
behalf of all others similarly situated,

        Plaintiff,

vs.

TONES BY COCOA SKIN CARE LLC,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal Without Prejudice as to Defendant Tones by Cocoa Skin Care LLC **(D.E. 5)**, filed on **February 27, 2025**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. Defendant has neither answered the complaint nor moved for summary judgment. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of March 2025.

                                        _____
                                        FEDERICO A. MORENO
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record